STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY PERGOLIZZI, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Anthony Pergolizzi* and *Mr. Vincent Pergolizzi in propria persona.*

*Mr. Leo Kaplowitz* and *Mr. Neil S. Cooper* for the respondent.

September 15, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY VOLPE, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

September 15, 1969. Denied.

PARAMUS CHRISTIAN REFORMED CHURCH, PLAINTIFF-PETITIONER, v. MAYOR AND COUNCIL OF THE BOROUGH OF PARAMUS, DEFENDANTS-RESPONDENTS.

*Messrs. Vaccaro & Osborne* and *Mr. George T. Daggett* for the petitioner.

*Mr. Gary S. Stein* for the respondents.

September 15, 1969. Denied.